UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

MAR 1 3 2014

MB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jose, I. Figueroa
_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

14CV1817
JUDGE DARRAH
MAGISTRATE JUDGE VALDEZ

vs.

Michael, Kanovitz
Rust Consulting, Inc.
_____

_____

_____

Case No:_____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**CHECK ONE ONLY:**

_____ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

✓ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**
   A. Name: Jose, I. Figueroa
   B. List all aliases: N/A
   C. Prisoner identification number: M28677
   D. Place of present confinement: Hill Correctional Center
   E. Address: Post office Box-1700 Galesburg, Ill. 61401

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Michael, Kanovitz
      Title: Attorney
      Place of Employment: Law office of Loevy + Loevy
   B. Defendant: Rust Consulting, Inc.
      Title: Claims Administrator
      Place of Employment: Rust Consulting, Inc.
   C. Defendant: _____
      Title: _____
      Place of Employment: _____

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Attorney
Michael, Kanovitz
At
Loevy + Loevy
312 North May Street
Chicago, Illinois 60607

Rust Consulting, Inc.
P.O. Box-24660
West Palm Beach, Fl. 33416

Revised 9/2007

2

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: N/A

    B. Approximate date of filing lawsuit: N/A

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

    D. List all defendants: N/A

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

    F. Name of judge to whom case was assigned: N/A

    G. Basic claim made: N/A

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

    I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am filing this Complaint ~~lawsuit~~ against the Law office of Loevy and Loevy attorney Michael, Kanovitz and Rust Consulting Inc., for failing to pay me my part of a settlement that was award to me by this Honorable Court house, I'm referring to a Class Action lawsuit that was filed on the behalf of the detainee(s) at the Cook County Jail, Challenging the Jail's blanket strip search policy, in which a settlement of $55 million was reach to pay approximately 300,000 class members who was eligible for a portion/part of that Settlement, In which I was one of those members, all I had to do, to be part of this lawsuit was to Submit a Completed Signed Claim form to Rust Consulting, Inc. P.O. Box 24660 West Palm Beach, Fl. 33416 postmarked by January 27, 2011, I received a Claim form from Rust Consulting Inc., In September 2009 at my Home address 14935 S. Talman, Harvey, Ill. 60426 In which I Completed and Signed that Claim form and immediately sent the form back to them, in March 2010 while I was incarcerated at the Cook County Jail I mailed them another Completed Signed Claim form, I have wrote them on several occasion inquiring about my Claim form(s) and to let them know that I had sent in (2) two Completed Signed Claim forms, letting them know that I wanted to be part of this Class action law suit, but they failed to respond to any of my letter(s) until January 28, 2014 I finally received a response from them stating "We have received the letter you sent in regard to your request for payment in the Young V. Cook County et al., 06 CV 552 (N.D. Ill) settlement.

Revised 9/2007

After researching the information you provided, we have confirmed that a claim form was mailed to you on December 13, 2010 to the mailing address of 14935 S. Talman, Harvey, Ill. 60424, however our records show that a completed claim form was never received from you," but like I have already mention I sent in (2) two completed signed Claim form(s), I have comply with all the rules and regulations pertaining to this class action lawsuit, In order to be Included in this Claim but I have not received "No part of that settlement!" from the law office of Loevy and Loevy attorney Michael, Kanovitz nor Rust Consulting inc., I wrote attorney Michael, Kanovitz, who was appointed by this Honorable Court house letting him know that I had submitted (2) two completed signed claim form(s) to be Included in this lawsuit and I wrote him on several occasion letting him know that I have not received my part of that settlement from Rust Consulting, Inc, In which he was responsible to Insure I receive my part of that settlement, that was award to me by this Honorable Court house, he was to oversee the Rust Consulting inc, and to make sure all class action members, who submitted a signed claim form received their part of that settlement and Rust Consulting Inc, for failing to pay me my part of that settlement and for not complying with Court orders, I meet all the eligibility requirement(s) rules and regulation setforth by This Honorable Court house, The Law office of Loevy and Loevy attorney Michael, Kanovitz and Rust Consulting Inc, but they failed to pay me my part of that settlement that I was Entitle too, The settlement would entitle men who are members of CLASS I and CLASS II to receive an estimate of payment of $1000, men who are members of any CLASS I would receive an estimated payment of $700 (men who are members of CLASS II are automatically members of CLASS I, In other words man is a member of CLASS II only.) Those amounts could be higher or lower, depending on how many class members submit valid Claim Forms, " I did!" I sent them (2) two signed Claim Form(s).

I have Comply with all the rules and Regulation(s) to be eligible or Included or part of this lawsuit, I sent in (2) two Signed Completed Claim Form(s) (1) one in September 2009 an another in March 2010 and I wrote them on Several occasion asking about my part of that Court Settlement but they have fail to pay me any part of that Court Settlement, "that I'm entitle to!"

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Like to be awarded Compensation, My Part of that Court Settlement in which, I am eligible for, to receive my part of that Court Settlement in which, I am entitle too, and any other damage(s) this Honorable Court deem appropriate.

VI. The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __7th__ day of __March__, 20__14__

__Jose I Figueroa__
(Signature of plaintiff or plaintiffs)

__Jose, I, Figueroa__
(Print name)

__M28677__
(I.D. Number)

__Hill Correctional Center__
__Post Office Box-1700__
__Galesburg, Ill. 61401__
(Address)

2 Copys
Original.

STATE OF ILLINOIS )
)SS
COUNTY OF Cook )

Jose, I. Figueroa
Plaintiff
Vs.
Michael, Kanovitz
Rust Consulting, Inc.

## AFFIDAVIT

I, Jose, I. Figueroa do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

I swear under penalty of perjury, that I have read all the facts in this Complaint, the motion for Counsel and In forma Pauper's Application, I certify that all the facts stated are true and accurate to the best of my knowledge, I declare under penalty of perjury that all the fact and information stated in all these legal Documents is true and correct.

E.O.S.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this 7th day of March, 2014.

Jose I Figueroa      M28677
Affiant